FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYAN PAUL HERNANDEZ (*also known as* Selene Violet Henderson),<br><br>　　　　Plaintiff,<br><br>v.<br><br>NO NAMED DEFENDANT,<br><br>　　　　Defendant. | No. 2:24-CV-00389-SAB<br><br>**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION** |

　　　　Before the Court is Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form). ECF No. 7. Although granted the opportunity to provide relevant information in this application as required by 28 U.S.C. § 1915(a)(1), Plaintiff has failed to do so. Plaintiff is not entitled to proceed *in forma pauperis*.

　　　　In the alternative, Plaintiff could have paid the $405 filing fee. The Court cautioned that Plaintiff's failure to comply with the prior Order would be construed as Plaintiff's consent to the dismissal of this action for failure to prosecute. ECF No. 6. Because Plaintiff did not pay the filing fee, Plaintiff may not proceed with this action.

　　　　Accordingly, **IT IS ORDERED:**

　　　　1.　　Plaintiff's application to proceed *in forma pauperis,* **ECF No. 7,** is **DENIED**.

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 1

2. This action is **DISMISSED WITHOUT PREJUDICE** for non-payment of the filing fee as required by 28 U.S.C. § 1914.

3. All pending Motions are **DENIED as moot.**

4. The Clerk of Court shall **CLOSE** the file.

5. The Court certifies that any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment, and provide copies to Plaintiff.

DATED this 20th day of February 2025.



Stanley A. Bastian
Chief United States District Judge

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION -- 2